UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CATRAMBONE, | ) | Case No. 08-cv-1655 |
| | ) | |
| Plaintiff, | ) | Judge Andersen |
| | ) | |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| THOMAS ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:   Ex Parte

PLEASE TAKE NOTICE THAT on March 26, 2008we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF RAKESH KHANNA,** a copy of which is attached hereto and served upon you.

**RICHARD CATRAMBONE,** Plaintiff.

By**:**   **/**s/ Ariel Weissberg
   One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (No. 06243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08cv1655

Richard Catrambone, Plaintiff

      v.

Thomas Adams, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richard Catrambone, Plaintiff

| |
|---|
| NAME (Type or print) <br> Rakesh Khanna |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rakesh Khanna |
| FIRM <br> Weissberg and Associates, Ltd. |
| STREET ADDRESS <br> 401 S. LaSalle Street, Suite 403 |
| CITY/STATE/ZIP <br> Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243244 | TELEPHONE NUMBER <br> 312-663-0004 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐