UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CATRAMBONE, | ) | Case No. 08-cv-1655 |
| | ) | |
| Plaintiff, | ) | Judge Andersen |
| | ) | |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| THOMAS ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Ex Parte

PLEASE TAKE NOTICE THAT on April 3, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **SUMMONS RETURNED EXECUTED,** a copy of which is attached hereto and served upon you.

**RICHARD CATRAMBONE,** Plaintiff.


By**:**   **/**s/ Ariel Weissberg
   One of his attorneys


Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (No. 06243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

RICHARD CATRAMBONE

V.

THOMAS ADAMS

CASE NUMBER: 08CV1655

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Thomas C. Adams
2598 Lakeside Court
Palm Harbor, FL  34684-1718

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ariel Weissberg, Esq.
WEISSBERG AND ASSOCIATES, LTD.
401 S. LaSalle Street, Suite 403
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 21, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-31-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Victor Douglas | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served personally with Thomas C. Adams at United States District Court 219 S. Dearborn Street Chicago, IL 60604.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-08     *Victor Douglas*
            Date            Signature of Server

401 S. LaSalle Street Chicago, IL 60605
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.