IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD CATRAMBONE ) | |
| ) | Case No. 08-cv-1655 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Wayne R. Andersen |
| ) | |
| ) | Magistrate Judge Geraldine Soat Brown |
| THOMAS ADAMS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   Mr. Thomas Adams
      2598 Lakeside Court
      Palm Harbor, FL  34684-1718

    PLEASE TAKE NOTICE THAT on April 30, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Geraldine Soat Brown, any other judge sitting in her stead in Courtroom 1812, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the **MOTION FOR DEFAULT JUDGMENT,** a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with said pleading, at which time and place you may appear if you so see fit.

                              **RICHARD CATRAMBONE**, Plaintiff

                              By:____/s/ Ariel Weissberg_____
                                  One of his attorneys

Ariel Weissberg, Esq. (03125591)
Rakesh Khanna, Esq. (06243244)
Weissberg and Associates, Ltd.
401 South LaSalle Street, Suite 403
Chicago, IL  60605
T. (312) 663-0004
F. (312) 663-1514

## **CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on April 23, 2008, I caused to be served the enclosed **MOTION FOR DEFAULT JUDGMENT** upon the above-named party by first class U.S. Mail, postage prepaid.


                                          /s/ Ariel Weissberg
                                            Ariel Weisberg

Case 1:08-cv-01655   Document 9   Filed 04/23/2008   Page 2 of 2