UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Richard Catrambone
                                Plaintiff,
v.                                                    Case No.: 1:08−cv−01655
                                                      Honorable Wayne R. Andersen
Thomas Adams
                                Defendant.

ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE

    Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 1, 2008

                                                      /s/ Wayne R. Andersen
                                                      United States District Judge