IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CATRAMBONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 08 C 1655 |
| | ) | |
| THOMAS ADAMS, | ) | Judge Wayne Anderson |
| | ) | |
| Defendant, | ) | Magistrate Judge Brown |

### NOTICE OF FILING

To: Ariel Weissberg, Esq.
    Weissberg and Associates, Ltd.
    401 South LaSalle Street, #403
    Chicago, Illinois  60605

    **PLEASE TAKE NOTICE** that on May 27, 2008 I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois: Defendant's Answer to the Complaint.

    I certify that on May 27, 2008, the foregoing Plaintiff's, Notice of Filing were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                                      Odim Law Office

                                              By: *s/ Carlton Odim*
                                                   Carlton Odim

Odim Law Offices
19 South LaSalle Street
Suite 1300
Chicago, Illinois 60603
(312) 578-9390 - Tel / (312) 578-9395 - Fax
codim@srompc.com