IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD CATRAMBONE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 08 C 1655 |
| | ) | |
| **THOMAS ADAMS,** | ) | **Judge Wayne Anderson** |
| | ) | |
| **Defendant,** | ) | **Magistrate Judge Brown** |

## MOTION FOR LEAVE TO FILE ANSWER INSTANTER

The plaintiff, Thomas Adams, by and through his attorney, Carlton Odim, moves the court for leave to file instanter his answer to the complaint. In support he states as follows:

1. According to prior court order of court, defendant's answer to the complaint was due on May 9, 2008.

2. A copy of defendant's answer is being filed with this motion.

3. No prejudice will result from the requested leave to file instanter.

4. The parties have been ordered by Magistrate Judge Brown to complete a Rule 26 conference by June 13, 2008.

5. The parties are to reappear before Magistrate Judge Brown on June 19, 2008 to report on the results of the Rule 26 conference.

**Wherefore**, the defendant respectfully requests leave to file instanter his answer to the complaint.

Dated: May 27, 2008

        Respectfully submitted,

        Thomas Adams

        /s/Carlton Odim
        By one of his attorneys

Carlton Odim
Odim Law Offices
Attorney for Thomas Adams
19 S. LaSalle Street
Suite 1300
Chicago, IL  60603
(312) 578-9390