IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD CATRAMBONE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 08 C 1655 |
| | ) | |
| **THOMAS ADAMS,** | ) | Judge Wayne Anderson |
| | ) | |
| **Defendant,** | ) | Magistrate Judge Brown |

## NOTICE OF MOTION

To: Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 South LaSalle Street, #403
Chicago, Illinois 60605

    **PLEASE TAKE NOTICE** that on June 12, 2008 at 9:00 p.m.., or as soon thereafter as counsel shall be heard, we will appear before the Judge Wayne Anderson in Room 1403, of the 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to File Answer Instanter,** a copy of which accompanies this notice.

    I certify that on May 27, 2008, the foregoing Plaintiff's, Notice of Motion and Motion were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                              Odim Law Offices


                                          By: *s/ Carlton Odim*_____
                                                Carlton Odim

19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603
(312) 578-9390 - Tel
(312) 578-9395 - Fax
carlton@odimlaw.com