IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD CATRAMBONE ) | |
| ) | Case No. 08-cv-1655 |
| Plaintiff, ) | |
| ) | |
| v.  ) | Judge Wayne R. Andersen |
| ) | |
| ) | Magistrate Judge Geraldine Soat Brown |
| THOMAS ADAMS, ) | |
| ) | Hearing Date:  July 31, 2008 |
| Defendant. ) | Hearing Time:  9:00 a.m. |

**AMENDED NOTICE OF MOTION**

TO:   The Parties on the attached Service List

PLEASE TAKE NOTICE THAT on July 30, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen, any other judge sitting in his stead in Courtroom 1403, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD,** a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with said pleading, at which time and place you may appear if you so see fit.

**WEISSBERG AND ASSOCIATES, LTD.**


By:____/s/ Ariel Weissberg____
    One of its attorneys


Ariel Weissberg, Esq. (03125591)
Rakesh Khanna, Esq. (06243244)
Weissberg and Associates, Ltd.
401 South LaSalle Street, Suite 403
Chicago, IL  60605
T. (312) 663-0004
F. (312) 663-1514

1

## **CERTIFICATE OF SERVICE**

I, Ariel Weissberg, certify that on July 16, 2008, I caused to be served the enclosed **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD** upon the following parties by the method so noted:

Carlton E. Odim, Esq.
Shestokas, Raines, et al.
19 S. LaSalle St., Suite 1402
Chicago, IL  60603
By the District Court's ECF Electronic Filing System

Richard Catrambone
10756 Wentworth Drive
Naperville, IL 60564
By 1st Class Certified Mail
Return Receipt Requested


   /s/ Ariel Weissberg
        Ariel Weisberg

2