UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Richard Catrambone
       Plaintiff,

v.                Case No.: 1:08−cv−01655
                Honorable Wayne R. Andersen

Thomas Adams
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

  MINUTE entry before the Honorable Wayne R. Andersen:Motion to withdraw as attorney [26] is granted. Ariel Weissberg is given leave to withdraw her appearance. Status hearing held on 9/4/2008 and continued to 10/2/2008 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.